AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 28, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ALLAH@, | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   4:19-CV-05279-SAB |
| | ) |
| ANCER L. HAGGERTY and | ) |
| DONALD R. HOLBROOK, | ) |
| _____ | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Motion Regarding Supplemental Notice of Appeal, ECF No. 7, is DENIED as moot.
Having failed to comply with Habeas Rule 3(a)(2), IT IS ORDERED this action is DISMSSED without prejudice.
Judgment is entered.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Stanley A. Bastian _____ .

Date:   April 28, 2020 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Sara Gore _____
*(By) Deputy Clerk*

Sara Gore _____