FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLAH@<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ANCER L. HAGGERTY and DONALD R. HOLBROOK<br><br>　　　　Respondents. | No. 4:19-CV-05279-SAB<br><br>**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT** |

　　　Before the Court is Petitioner's Motion for Relief from Judgment and Order F.R.C.P. Rule 60(b)(2) Newly Discovered Evidence; (3) Fraud; (4) Void Judgment; (6) Any Other Reason Justifying Relief from Operation of Judgment, ECF No. 15. Petitioner is *pro se*. Respondents have not been served.

　　　On April 20, 2020, Petitioner's appeal to the Ninth Circuit in this matter was dismissed for lack of jurisdiction. On April 28, 2020, this Court dismissed this matter without prejudice for Petitioner's failure to comply with Habeas Rule 3(a)(2) related to filing his fee and *informa pauperis* application. Petitioner now requests the Court provide relief from judgment based on Fed. R. Civ. P. 60(b) for newly discovered evidence, fraud, void judgment, or any other reason justifying relief.

　　　Rule 60(c) requires a motion seeking relief pursuant to Rule 60(b) be within

**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT** ~ 1

one year of judgment for allegations of (1) mistake, (2) newly discovered evidence, or (3) fraud. Time is not limited for (4) judgment that is void, (5) judgment satisfied, released, or discharged, or (6) any other justifiable reason.

Petitioner filed this Motion nearly five years after the Court's final order on April 28, 2020. Therefore, he is time-barred from seeking relief as to Rule 60(b)(1), (2), and (3). Further, he has not provided any facts to show his judgment in this matter is void, satisfied, released, or discharged. There is no other justifiable reason why this Court should provide relief from its judgment dismissing this matter for failure to comply with Habeas Rule 3(a)(2). As such, the Court denies Petitioner's Motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.  Petitioner's Motion for Relief from Judgment and Order F.R.C.P. Rule 60(b)(2) Newly Discovered Evidence; (3) Fraud; (4) Void Judgment; (6) Any Other Reason Justifying Relief from Operation of Judgment, ECF No. 15, is **DENIED**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, provide copies to *pro se* Petitioner, and keep the file **closed**.

**DATED** this 6th day of March 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT ~ 2**